No. 14,792.

Estate of Burrows.
Roenfeldt, Caveatrix *v.* Rinker et al.
(116 P. [2d] 964)

Decided September 8, 1941.

Mr. Karl C. Brauns, Mr. James B. Young, for plaintiff in error.

Mr. C. Clyde Barker, Mr. Harold M. Webster, Mr. Davis L. Barker, for defendant in error Rinker.

*En Banc.*

Per Curiam.

Mr. Justice Burke not participating. Mr. Chief Justice Francis E. Bouck, Mr. Justice Bakke and Mr. Justice Knous are in favor of affirmance; whereas Mr. Justice Young, Mr. Justice Otto Bock and Mr. Justice Hilliard are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by Rule 118 (f) R.C.P. Colo.